

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00282-CV

| | | |
|---|---|---|
| Leticia C. Garcia | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2014-002225-1-A) |
| v. | | |
| | § | June 28, 2018 |
| Preston R. Ennis | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's July 14, 2017 order. It is ordered that the order of the trial court is reversed, and we render a judgment granting Leticia C. Garcia's petition for bill of review and setting aside the trial court's default judgment, and we remand this cause to the trial court for further proceedings.

It is further ordered that Appellee Preston R. Ennis shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier